IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PRISCILA DARKINS, by and through her next friend, CHRISTOPHER DARKINS, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY J. BLINKEN, United States Secretary of State, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. CIV-22-00960-PRW |

## **ORDER**

Before the Court is Defendants' motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Defendants filed their motion (Dkt. 6) on April 3, 2023, but Plaintiffs have neither responded within the required timeframe[1] nor requested an extension. Exercising its discretion under LCvR7.1(g),[2] the Court deems the motion confessed.

Upon review of the applicable law, the case record, Plaintiffs' complaint (Dkt. 1), and the arguments contained in Defendants' motion, the Court finds that Plaintiffs' complaint should be dismissed pursuant to Rules 12(b)(1) and 12(b)(6). Defendants'

---

[1] LCvR7.1(g) ("Each party opposing a motion shall file a response within 21 days after the date the motion was filed.").

[2] *Id.* ("Any motion that is not opposed within 21 days may, in the discretion of the court, be deemed confessed.").

motion (Dkt. 6) is thus **GRANTED**, and Plaintiffs' complaint (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 28th day of April 2023.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE